# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:

Geraline Banks-Reese                  Case No. 15-13150-KHK

    Debtor.                        Chapter 13

Skopos Financial, LLC,

    Movant,

v.

Geraline Banks-Reese
and
Thomas P. Gorman, Trustee,

    Respondents.

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of Skopos Financial, LLC to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant and its successors and assigns to enforce its rights under its security agreement to lawfully repossess and liquidate certain personal property, to-wit: a 2011 Toyota Camry, VIN 4T1BF3EK0BU199416.

Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
757-498-9600
Counsel for Movant

Jan 19 2018 /s/ Klinette H. Kindred
_____
United States Bankruptcy Judge

I ask for this: EOD: Jan 19 2018

 /s/ Sara A. John_____p.q.
Sara A. John, VSB #48425
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452
Counsel for Movant


Seen:


 /s/ Thomas P. Gorman, by Sara A. John, with express authority
Thomas P. Gorman
300 N. Washington St. Ste. 400
Alexandria, VA 22314
Chapter 13 Trustee



### CERTIFICATE

The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made.

 /s/ Sara A. John
Sara A. John____
M. Richard Epps, P.C.
Counsel for Movant

Certificate of Endorsement

The foregoing Order was endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

    /s/ Sara A. John
Sara A. John
M. Richard Epps, P.C.

**PARTIES TO RECEIVE COPIES**

Sara A. John
M. Richard Epps, P.C.
605 Lynnhaven Parkway
Virginia Beach, VA 23452

Nathan A. Fisher
3977 Chain Bridge Road, # 2
Fairfax, VA 22030

Thomas P. Gorman, Trustee
300 N. Washington St. Ste. 400
Alexandria, VA 22314

Geraline Banks-Reese
2598 Sylvan Moor Lane
Woodbridge, VA 22191